IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAITH BELAC COPE, Administrator of the Estate of LORETTA A. BELAC : : | |
| : | CIVIL ACTION |
| v.  : | |
| : | NO. 19-728 |
| A.I.I. ACQUISITIONS LLC, ET AL.  : | |

**O R D E R**[1]

**AND NOW**, this  25th  day of   October  , 2019, upon consideration of the Motion to Remand to State Court (ECF No. 30), and the representations from Defendants originally opposing the Motion that they withdraw their opposition and no longer object to the Court remanding this matter to state court (ECF Nos. 87, 92), it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The case is **REMANDED** to the Court of Common Pleas of Dauphin County.

3. The Clerk of the Court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] The undersigned is a Senior U.S. District Court Judge for the Eastern District of Pennsylvania, sitting by designation pursuant to 18 U.S.C. § 292(b).